[No. 3,150.]

## H. T. PLANT ET AL. *v.* M. SMYTHE ET AL.

STIPULATION TO PLACE CAUSE ON CALENDAR.—When a motion is made to place a cause on the calendar of the Supreme Court, in accordance with a stipulation of the parties, it must be shown that the transcript, and the briefs or points and authorities of both parties, have been filed, or the motion will be denied.

APPEAL from the District Court of the Seventh Judicial District, County of Solano.

The plaintiffs had judgment enjoining the sale of certain land, and the defendants appealed.

*Wells & Coghlan,* for Appellants.

*John G. Presley,* for Respondents.

By the Court, RHODES, J.:

Motion that the cause be placed on the calendar.

A cause will not be placed on the calendar, in accordance with the stipulation of the parties, except on compliance with the provisions of Rule Fifteen. The transcript, and the briefs or points and authorities of both parties, must be filed before the Court will permit the cause to be placed upon the calendar on the stipulation of the parties. These facts must be shown when the motion is made. They are not shown in this case.

Motion denied.